UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director
Seventh Region of the National Labor
Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

v.                                                          CIVIL Case No. _____

TRINITY HEALTH GRAND HAVEN HOSPITAL

    Respondent.

## INDEX OF EXHIBITS TO PETITION

| | |
|---|---|
| Exhibit A | Unfair Labor Practice Charges |
| Exhibit B | NLRB Consolidated Complaint and Notice of Hearing |
| Exhibit C | Respondent's Answer to Complaint and Affirmative Defenses |