UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director
Seventh Region of the National Labor
Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

v.                                            CIVIL Case No. _____

TRINITY HEALTH GRAND HAVEN HOSPITAL

    Respondent.

## INDEX OF ATTACHMENTS/EXHIBITS TO SUPPORTING BRIEF

| | |
|---|---|
| Attachment 2 | Administrative Hearing Exhibit - Joint 1 |
| Attachment 3 | Administrative Hearing Exhibit - Joint 2 |
| Attachment 4 | Administrative Hearing Exhibit - Joint 3 |
| Attachment 5 | Administrative Hearing Exhibit - Joint 4 |
| Attachment 6 | Administrative Hearing Exhibit - Joint 5 |
| Attachment 7 | Administrative Hearing Exhibit - Joint 6 |
| Attachment 8 | Administrative Hearing Exhibit - Joint 7 |
| Attachment 9 | Administrative Hearing Exhibit - NLRB 5 |
| Attachment 10 | Administrative Hearing Exhibit - NLRB 6 |
| Attachment 11 | Administrative Hearing Exhibit - NLRB 9 |
| Attachment 12 | Administrative Hearing Exhibit - NLRB 10 |
| Attachment 13 | Administrative Hearing Exhibit - NLRB 30 |
| Attachment 14 | Administrative Hearing Exhibit - NLRB 75 |
| Attachment 15 | Administrative Hearing Exhibit – Pet. 1 |
| Attachment 16 | Affidavit of Ricky Kauffman |