| FORM NLRB-502 (RD) (8-16) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD **RD PETITION** | Case No. 07-RD-323100 | Date Filed 8-1-2023 |
|---|---|---|---|

**INSTRUCTIONS:** Unless e-Filed using the Agency's website, www.nlrb.gov, submit an original of this Petition to an NLRB office in the Region in which the employer concerned is located. The petition must be accompanied by both a showing of interest (see 7 below) and a certificate of service showing service on the employer and all other parties named in the petition of:(1) the petition; (2) Statement of Position form (Form NLRB-505); and (3) Description of Representation Case Procedures (Form NLRB 4812). The showing of interest should only be filed with the NLRB and should **not** be served on the employer or any other party.

**1. PURPOSE OF THIS PETITION: RD- DECERTIFICATION (REMOVAL OF REPRESENTATIVE)** - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative. The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

| 2a. Name of Employer Trinity Health Grand Haven | 2b. Address(es) of Establishment(s) involved (Street and number, city, state, ZIP code) 1309 Sheldon Rd, Grand Haven, MI 49417 |
|---|---|
| 3a. Employer Representative - Name and Title Shelleye Yaklin | 3b. Address (If same as 2b - state name) same |

| 3c. Tel. No. 616-842-3600 | 3d. Fax No. | 3e. Cell No. | 3f. E-Mail Address syaklin@noch.org |
|---|---|---|---|

| 4a. Type of Establishment (Factory, mine, wholesaler, etc.) Hospital | 4b. Principal product or service Healthcard |
|---|---|

| 5a. Description of Unit Involved | 5b. City and State where unit is located: Grand Haven, MI |
|---|---|
| **Included:** All employees assumed to be represented by SEIU Healthcare Michigan **Excluded:** Managers, salaried employees and nursing staff | |

| 6. No. of Employees in Unit 181 | 7. Do a substantial number (30% or more) of the employees in the unit no longer wish to be represented by the certified or currently recognized bargaining representative? [X] Yes [ ] No |
|---|---|

| 8a. Name of Recognized or Certified Bargaining Agent SEIU Healthcare Michigan | 8b. Affiliation, if any |
|---|---|
| 8c. Address 3031 W Grand Blvd Ste 555, Detroit, MI, 48202 | 8d. Tel. No. 866-734-8466 | 8e. Cell No. |
| | 8f. Fax No. | 8g. E-Mail Address emily.ricards@seiuhealthcaremi.org |

| 9. Date of Recognition or Certification unknown | 10. Expiration Date of Current or Most Recent Contract, if any (Month, Day, Year) no current contract with SEIU, recent contract expired with NOCHEA |
|---|---|

| 11a. Is there now a strike or picketing at the Employer's establishment(s) involved? [ ] Yes [X] No | 11b. If so, approximately how many employees are participating? |
|---|---|

11c. The Employer has been picketed by or on behalf of *(Insert Name)* SEIU Healthcare Micigan, a labor organization, of *(Insert Address)* 1309 Sheldon Rd, Grand Haven, MI 49417 since *(Month, Day, Year)* 4/2023

12. Organizations or Individuals other those named in Items 8 and 11c, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in the unit described in item 5 above. *(If none, so state)*

| 12a. Name NOCHEA | 12b. Address 1309 Sheldon Rd, Grand Haven, MI 49417 | 12c. Tel. No. 616-847-5272 | 12d. Fax No. |
|---|---|---|---|
| | | 12e. Cell No. | 12f. E-Mail Address llafrance@noch.org |

| 13. Election Details: If the NLRB conducts an election in this matter, state your position with respect to any such election. | 13a. Election Type: [X] Manual [ ] Mail [ ] Mixed Manual/Mail |
|---|---|
| 13b. Election Date(s) Aug 17 and 18 | 13c. Election Time(s) 1st, 2nd and 3rd shift opportunities | 13d. Election Location(s) 1309 Sheldon Rd, Grand Haven, MI 49417 |

| 14. Full Name of Petitioner Jaime Lynn Quinn | | |
|---|---|---|
| 14a. Address (Street and number, city, state, ZIP code) 11911 Monroe St, Grand Haven, MI 49417 | 14b. Tel. No. | 14c. Fax No. |
| | 14d. Cell No. 616-638-3495 | 14e. E-Mail Address jaimelynnquinn@gmail.com |
| 14f. Affiliation, if any | | |

15. Representative of the Petitioner who will accept service of all papers for purposes of the representation proceeding.

| 15a. Name Jaime Quinn | 15b. Title Pre Admission Review Specialist |
|---|---|
| 15c. Address (Street and number, city, state, ZIP code) 11911 Monroe St, Grand Haven, MI 49417 | 15d. Tel. No. | 15e. Fax No. |
| | 15f. Cell No. 616-638-3495 | 15g. E-Mail Address jaimelynnquinn@gmail.com |

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

| Name (Print) Jaime Quinn | Signature *[signed]* | Title Pre Admission Review Specialist | Date Filed 7/31/23 |
|---|---|---|---|

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

JT-1

APR 3 - 2024

**Admin Hrng Exh - Joint 1**