# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director
Seventh Region of the National Labor
Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

      Petitioner,

v.                                            CIVIL Case No. _____

TRINITY HEALTH GRAND HAVEN HOSPITAL

      Respondent.

## CERTIFICATE OF COMPLIANCE

Pursuant to W.D. Mich LCivR 7.2(2), the undersigned hereby certifies that the number of words in its Brief in Support of Petition for Preliminary Injunction is **8,190**. The name and version of the word processing software used to generate the word count is Microsoft Word for Microsoft 365 MSO (Version 2402 Build 16.0.17328.20282).

Dated April 30, 2024, at Grand Rapids, Michigan.

                                        /s/ *Steven E. Carlson*
                                        Counsel for Petitioner
                                        National Labor Relations Board, Region 7
                                        Gerald R. Ford Federal Building
                                        110 Michigan St., NW, Room 299
                                        Grand Rapids, MI 49503-2363
                                        Telephone: 616-930-9160
                                        E-Mail: Steven.Carlson@NLRB.gov
                                        Bar No. P58196