# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director
Seventh Region of the National Labor
Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

      Petitioner,

v.                                                                                                CIVIL Case No. _____

TRINITY HEALTH GRAND HAVEN HOSPITAL

      Respondent.

## **MOTION TO EXCEED PAGE LIMITATION FOR EXHIBITS**

      Petitioner, Elizabeth Kerwin, Regional Director of the Seventh Region of the National Labor Relations Board, pursuant to W.D. Mich. LCivR 7.1(2), hereby respectfully asks for leave of court to exceed the 200-page limit for exhibits and attachments to Petitioner's Brief in Support of Petition for Preliminary Injunction.  In support, Petitioner states:

      1.      Today, Petitioner is filing with this Court a Petition for Preliminary Injunction Under Section 10(j) of the National Labor Relations Act and Supporting Brief. [29 U.S.C. §160(j)]

      2.      W.D. Mich. LCivR 7.1(2) provides that exhibits and attachments in support of any motion may not exceed 200 pages.  However, the rule allows a party seeking to file more than 200 pages of exhibits to ask for leave of court to do so.

      3.      Petitioner seeks to file approximately 1100 pages of exhibits so that it may adequately apprise the Court of all relevant facts in support of its Petition.  Over 900 pages of the exhibits constitute the official transcript of the NLRB administrative hearing underlying this Petition.

**WHEREFORE**, it is respectfully requested that the Court grant leave to Petitioner to file exhibits and attachments exceeding 200 pages.

Dated April 30, 2024, at Grand Rapids, Michigan.

/s/ *Steven E. Carlson*
Counsel for Petitioner
National Labor Relations Board, Region 7
Gerald R. Ford Federal Building
110 Michigan St., NW, Room 299
Grand Rapids, MI 49503-2363
Telephone: 616-930-9160
E-Mail: Steven.Carlson@NLRB.gov
Bar No. P58196

IT IS SO ORDERED.

Dated: April 30, 2024

/s/ Robert J. Jonker

Robert J. Jonker
United States District Judge