UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director,
Seventh Region of the National Labor
Relations Board, for an on behalf of the
NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

CASE NO. 1:24-cv-445

v.

HON. ROBERT J. JONKER

TRINITY HEALTH GRAND HAVEN HOSPITAL,

    Respondent.
_____/

## ORDER

The matter is set for oral argument on September 11, 2024, at 3:00 p.m. on the Petition for Preliminary Injunction. (ECF No. 1). The First CMO stated that the Court would address additional details via separate order, expressly including the issue of time limits. (ECF No. 28). The Court has reviewed all matters of record, including the parties' supplemental briefing. To ensure an efficient and focused argument, each side shall have forty-five minutes for oral argument. The Petitioner may reserve up to ten minutes for rebuttal.

The Motion for Judgment on the Pleadings (ECF No. 35) remains pending. The Court determines oral argument is unnecessary to reach a decision on that motion. The Court will resolve the motion in due course on the papers.

**IT IS SO ORDERED.**

Dated:  August 27, 2024            /s/ Robert J. Jonker
                                                         ROBERT J. JONKER
                                                         UNITED STATES DISTRICT JUDGE