# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director Seventh Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,

           Petitioner,

v.

TRINITY HEALTH GRAND HAVEN HOSPITAL,

           Respondent.

Case No. 24-cv-00445
Hon. Robert J. Jonker

_____

### CERTIFICATE OF CONCURRENCE REGARDING RESPONDENT'S MOTION TO STRIKE PETITIONER'S SUPPORTING BRIEF TO PETITIONER'S MOTION SEEKING LEAVE TO FILE ADMINISTRATIVE LAW JUDGE'S DECISION WITH THE DISTRICT COURT

The undersigned certifies that he emailed counsel for Petitioner, Steven Carlson, on September 11, 2024, requesting that Petitioner retract the Brief in Support attached to its Motion for Leave to File Administrative Law Judge's Decision with the District Court. The undersigned explained the basis for his request and that Respondent would file a Motion to Strike if counsel for Petitioner refused given Petitioner's misrepresentations to this Court. Mr. Carlson indicated that Petitioner would not retract the Brief in Support and did not otherwise concur with the relief sought therein.

26047\466831\278837346

Respectfully submitted,

*/s Richard W. Fanning, Jr.*
Brian D. Shekell (P75327)
Richard W. Fanning, Jr. (P55769)
Lauren M. Smith (P87377)
CLARK HILL PLC
Attorneys for Respondent
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300
bshekell@clarkhill.com
rfanning @clarkhill.com
lmsmith@clarkhill.com

Dated: September 11, 2024

## CERTIFICATE OF SERVICE

The undersigned certifies that she electronically filed the foregoing document with the clerk using the Court's Electronic Filing System on September 11, 2024, which will send notification of such filing to all parties and/or attorneys of record.

       _____ U.S. Mail       _____ Facsimile

         X         E-Filing       _____ Hand Delivery

       _____ E-Mail       _____ Federal Express

       *s/Donna S. Serement*
       Donna S. Serement